No. 99–8893. PERKINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8894. SIMMONS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8897. McCOY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8916. MONTGOMERY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8919. BUITRAGO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8920. CLARK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8922. TOWNSEND *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8923. WRIGHT *v.* ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–8926. DOUGHERTY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8928. LANKFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8932. AUSTIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–8933. AUBORG ET AL. *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 99–8934. ANDREWS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–8936. ASCURA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8937. OLDS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.